**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Evelyn** | | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF GEORGIA

Case number 19-41113
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt       4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **315 Forrest Avenue Savannah, GA 31404  Chatham County**<br>Line from *Schedule A/B*: **1.1** | $45,420.00 | ■ $21,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |
| **Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $4,750.00 | ■ $4,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **clothing**<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **AMERICAN GENERAL LIFE-WHOLE POLICY**<br>**$1,062.00-2,430-1270**<br>Line from *Schedule A/B*: **31.1** | $4,762.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(9) |
| **AMERICAN GENERAL LIFE-WHOLE POLICY**<br>**$1,062.00-2,430-1270**<br>Line from *Schedule A/B*: **31.1** | $4,762.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Debtor 1   **Evelyn Williams**                         Case number (if known)   **19-41113**

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐   No
   ☐   Yes

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Evelyn Williams**                          Case No.    **19-41113**
                               Debtor(s)            Chapter    **13**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing , consisting of   **2**   page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 15, 2019**                Signature    **/s/ Evelyn Williams**
                                                                               **Evelyn Williams**
                                                                               Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Georgia

| | | |
|---|---|---|
| In re **Evelyn Williams** | Case No. | **19-41113** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **October 15, 2019**, a copy of **Amended Schedule C** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**O. BYRON MEREDITH III**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 10556**
**SAVANNAH, GA 31412**

**/s/ BARBARA B. BRAZIEL**
**BARBARA B. BRAZIEL**
**BARBARA B. BRAZIEL**
**6555 ABERCORN ST.**
**SUITE 105**
**SAVANNAH, GA 31405**
**912-351-9000 Fax:912-692-0768**
**bwbraziel@bellsouth.net**